UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL MCCOLE,                        :
                                       :
          Petitioner,                  :CIVIL ACTION NO. 3:05-CV-1620
                                       :
     v.                                :
                                       :(JUDGE CONABOY)
SUPERINTENDENT ROBERT                  :(Magistrate Judge Mannnion)
D. SHANNON, ATTORNEY GENERAL           :
OF THE STATE OF PENNSYLVANIA,          :
                                       :
          Respondents.                 :
_____

**ORDER**

**AND NOW, THIS 22ⁿᵈ  DAY OF SEPTEMBER 2005, IT APPEARING TO THE COURT THAT:**

     1.  Petitioner, an inmate at the State Correctional Institution at Frackville ("SCI-Frackville"), Frackville, Pennsylvania, filed this habeas corpus action pursuant to 28 U.S.C. § 2254 on August 10, 2005, challenging his conviction and sentencing in the Philadelphia Court of Common Pleas, (Doc. 1);

     2.  The matter was assigned to United States Magistrate Judge Malachy E. Mannion, who issued a Report and Recommendation, (Doc. 4), on August 30, 2005, recommending that the instant petition be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d), Petitioner's motion to proceed *in forma pauperis* ("IFP"), (Doc. 2), be held in reserve for consideration by the United States District Court for the Eastern District of Pennsylvania, (Doc. 4 at 4), and to the extent this action may be

viewed as an attempt to appeal a state court civil matter, the action should be dismissed, (*id.*);

    3.   Petitioner did not file objections to the Magistrate Judge's Report and Recommendation and the time for such filing has passed.

**IT FURTHER APPEARING TO THE COURT THAT:**

    1.   When a magistrate judge makes a finding or ruling on a motion or issue, his determination should become that of the court unless objections are filed.  See <u>Thomas v. Arn</u>, 474 U.S. 150-53 (1985).  Moreover, when no objections are filed, the district court is required only to review the record for "clear error" prior to accepting a magistrate judge's recommendation.  See <u>Cruz v. Chater</u>, 990 F. Supp. 375-78 (M.D. Pa. 1998); <u>Oldrati v. Apfel</u>, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998).

    2.   Our review of the record reveals no clear error.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

    1.   The Magistrate Judge's Report and Recommendation, (Doc. 4), is ADOPTED;

    2.   Petitioner's Petition for Writ of Habeas Corpus, (Doc. 1), is TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania;

    3.   Petitioner's Motion to Proceed IFP, (Doc. 2), is held in reserve for consideration by the United States District Court for the Eastern District of Pennsylvania;

    4.   To the extent this Petition is an attempt to appeal the

state court's decision issued in a civil matter, the
action is DISMISSED;

5.   There is no basis for the issuance of a certificate of
appealability;

6.   The Clerk of Court is directed to close this case.


                              S/Richard P. Conaboy
                              RICHARD P. CONABOY
                              United States District Judge